IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BARRY MICHAEL PRATT, JR.                                                          PLAINTIFF

v.                                         Case No. 1:24-cv-1041

PUBLIC DEFENDER ANDREW BEST
and RICHARD MITCHAM                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 18, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 16. Judge Bryant recommends that all claims against Defendant Andrew Best be dismissed. Judge Bryant further recommends that all official capacity claims against both Defendants be dismissed. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 16) *in toto*. Accordingly, all claims against Defendant Andrew Best and all official capacity claims against both Defendants are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. Claim Two against Defendant Richard Mitcham will proceed.

**IT IS SO ORDERED**, this 7th day of November, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge